IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DERRICK GIBSON,  :  Civil No. 3:22-cv-1538
           Plaintiff  :  (Judge Mariani)
v.  :
SUPERINTENDENT BERNADETTE MASON, *et al.*,  :
           Defendants  :

**ORDER**

**AND NOW**, this 16th day of January, 2024, upon consideration of Defendant Baddick's motion (Doc. 45) to dismiss, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum,

**IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 45) is **GRANTED.**

2. The claims against Defendant Baddick are **DISMISSED**. The Clerk of Court is directed to **TERMINATE** Peter Baddick as a Defendant in this action.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge